**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-02020 JVS(KESx): | Date | January 28, 2019 |

Title    L.C., etc. v. U.S. Department of Health and Human Services

---

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

     The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **Noon on Wednesday, January 30, 2019**, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

     As an alternative to a written response by plaintiff(s), the Court will consider the **delivery**, by **Noon on Wednesday, January 30, 2019**, of the required Mandatory Chambers Copies of the Complaint, Civil Cover Sheet and Notice of Interested Parties(Docket Nos. 1, 3(12) & 4(13)) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |